**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on September 24, 2012**



**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 12–24539–EPK**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Gary Alan Mackler
2704 Pointe Circle
West Palm Beach, FL 33413

SSN: xxx–xx–6302

# FINAL DECREE

The trustee, Margaret J. Smith, having filed a final report that the estate has been fully administered, is discharged and the case is closed.